

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-22-00036-CR

Rosanna Marie **MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CR-8622
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 23, 2022.

_____
Rebeca C. Martinez, Chief Justice